IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:94CR3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LEE WARN SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

I have received a brief in opposition to the motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). I will give the defendant an opportunity to respond. Therefore,

IT IS ORDERED that the defendant shall have until July 1, 2008, to submit a responsive brief.

June 3, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge